FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31  AM 10: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL MONETTE,** | * |
| **Plaintiff** | * |
| | *  CIVIL ACTION NO. 06-3425 |
| **VERSUS** | * |
| | * |
| **COX COMMUNICATIONS LOUISIANA,** | * |
| **L.L.C., COX ENTERPRISES, INC., ABC** | * |
| **INSURANCE COMPANY, OLIN KROPOG** | *  SECTION: D |
| **MICHAEL SMITH, TERRIE NATAL, AND** | * |
| **GWEN KNEHR** | *  MAGISTRATE 5 |
| **Defendants** | *  JURY TRIAL |

**************************************************************************

### PLAINTIFF'S MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Darrell Monette, who pursuant to 28 U.S.C. §1447 moves this Honorable court to remand this case to the Civil District Court for the Parish of Orleans on the grounds that: 1) Defendant's notice of removal was not filed within the 30-day time period allowed by 28 U.S.C. § 1446; 2) there is no federal question at issue; 3) there is a lack of complete diversity; 4) defendant previously waived their objection to jurisdiction by making a general appearance in state court; and 5) and there has been no fraudulent joinder of defendant-employees. All issues are more fully explained in plaintiff's supporting memorandum.

Page 1 of 16

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Respectfully submitted,

*[signature]*

ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (#25042)
YVETTE P. CRAVINS (#24865)
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, LA 70508
Telephone: (337) 981-5293
Fax: (338) 988-6918
E-Mail:      ypc@rodneylaw.com

*Attorneys for Darrell Monette*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 31st day of July, 2006 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile transmission or by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

*[signature]*
John K. Etter